**STATE v. HUNT**

[325 N.C. 430 (1989)]

STATE OF NORTH CAROLINA v. DARRYL EUGENE HUNT

No. 551PA88

(Filed 5 October 1989)

ON discretionary review of the decision of the Court of Appeals, 91 N.C. App. 574, 372 S.E.2d 744 (1988) ordering a new trial for the defendant. Heard in the Supreme Court 12 September 1989.

*Lacy H. Thornburg, Attorney General, by Steven F. Bryant, Assistant Attorney General, for the State.*

*Ferguson, Stein, Watt, Wallas, Adkins & Gresham, P.A., by Adam Stein, for the defendant appellee.*

*North Carolina Academy of Trial Lawyers, by E. Ann Christian, Louis D. Bilionis and Richard A. Rosen, Amicus Curiae.*

PER CURIAM.

Discretionary review improvidently allowed.